Robert J. Bach, Esq.
RB - 2751
60 East 42nd Street
40th Floor
New York, NY 10165
212-867-4455
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
STUART DIAMOND                                      INDEX NO.:
                        PLAINTIFF                   05 Cv 1937 (PAC)

         against                                    ECF CASE

TREASURERS AND TICKET SELLERS UNION
LOCAL 751 PENSION FUND, THE
TRUSTEES OF THE TREASURERS AND
TICKET SELLERS UNION LOCAL 751          **NOTICE OF CROSS MOTION**
PENSION FUND, AND ROBERT CLEARY.
                    DEFENDANTS
-------------------------------------------------------------------X


PLEASE TAKE NOTICE THAT upon the accompanying Affirmation of Robert Bach, sworn

to on January 19, 2005, and the exhibits attached thereto, the Affirmation of Stuart

Diamond and the exhibits attached thereto, the Statement pursuant to Local Rule 56.1, and

the memorandum of law, Plaintiff hereby opposes the motion for summary judgment by the

Defendants, Treasurers and Ticket Sellers Union Local 751 Pension Fund, The

Trustees of The Treasurers and Ticket Sellers Union Local 751 Pension Fund, and Robert

Cleary, and will move this Court, before the Honorable Paul A. Crotty at the United States

Courthouse, Southern District of New York, 40 Centre Street, Room 2102, New York, NY

10007, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure deny

Defendants' Motion for Summary Judgement and granting Plaintiff's Cross Motion for Summary Judgment, and such other relief as the Court may deem just and proper.

Robert J. Bach
RB-2751
60 East 42nd Street
40th Floor
New York, NY 10165
212-867-4455

Dated New York, NY
January 20, 2006

To:   Myron Rumeld
1585 Broadway
New York, NY 10036